In The District Court of the
United States For The Middle
District of Alabama, Northern Division

Ex parte Patrick J. Charest, ~~RECEIVED~~
(Intervenor, Petitioner under ADA Violations)

2019 APR 11 A 11:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Re:  Dunn v. Dunn et. al.,
     Braggs v Dunn et al
          Plaintiffs,

Vs.                                    2:14-CV-601-MHT

     Jefferson S. Dunn, In his
Official Capacity as Commissioner of
the Alabama Dep't of Corr., et. al.,
          Defendants.

<u>Emergency Notification of
Petitioner's Eighth Amendment Violations
Upon Notice To Alabama By The
United States Justice Department's
Att'y General, Inter alia</u>

Comes now Patrick Joseph Charest ("Petitioner") and moves for this Honorable Court to grant relief in light of the Thursday, April 4th 2019 - fifty-seven (57) page Report, as follows:

I. <u>Undisputable Facts:</u>

§1). Petitioner adopts, avers under federal Rules of Evidence

Page 1 of

Rule 201 et seq, In accordance with Brown v. Plata, 563 U.S. 493 (2011); and structures of 42 USC § 1997 et seq, as the holding's governing - Petitioner's Immediate relief, release due to the massive Conditions-of-Confinement, found by the U.S Justice Dep'T - Factual findings above, dated-released 4-4-19.

"Federal Investigators spent more than two (2) years, heavily scrutinizing Alabama's prison - where Petitioner remains, confined, where State officials overlooked apparent-murders, Ascribing [them] as natural causes of death, even when prisoners had been stabbed. Guards turned blinded eye[s] to inmates who were raped [or as herein- "Crimes Against Caucasians, robbed, extorted, beaten and often left untreated by medical Staff, despite Knowledge by ADOC officials at Fountain"]

"Rampant illegal drugs, cellblocks overcrowded, dilapidated and [mostly] untrained - poorly trained officials on duty, powerless towards establishing any semblance of control"

"Stabbings, overdoses, beaten and sexual assaults - Accrue daily, across 13 prisons - housing 16,000 (+) Inmates." "Conditions violate Constitutional prohibition on Cruel-unusual punishment." See 8th Amend of USC.

Page 2 of

"Our Investigators found reasonable cause to believe that Alabama fails to provide Constitutional adequate conditions, exposing inmates to experience serious-harm including deadly harm, as a result," said Assistant Att'y General Eric Dreiband, chief of the department's Civil Rights Division."

"Richard Moore, the U.S. Attorney in Mobile, Alabama called the findings "an embarrassment," suggesting efforts to improve conditions would be daunting.""

"Inmates, during an Investigation in 2017- at the Hot Bay - two stood by - watch while the victim - "screamed for help," as is the same exact conditions Petitioner fears, listens to daily, while No-Visual Officer can be seen, at Fountain, in H-Dorm, to date (2019)."

"Officer[s] found the Inmate lying in blood, on the floor," one Hot Bay resident said "he still hears the prisoner's screams in his sleep." quote-unquote

"Prisoner's left to fend for themselves, stabbed inmates most, like here, often find their way to security elsewhere in the facility, or bang on doors of dormitories to get attention of Corr. Officials - while un-noticed by Security Staff," as is the case herein!

Page 3 of

Continued:

Often more than naught: "Guards watch inmates bleed on the [inside-cells] other side [hallways] of a locked fence as they struggled to find a key (to gain access to victims)." Ibid-

"From 2015-2018, at least 27 men were murdered in Alabama prisons systems, a rate 8 times higher than the national average." Ibid

"The [Justice's] report says Alabama prison officials "appear to accept the high level of violence [herein, robberies, extortions, beatings, rapes-assaults] and sexual abuse ... as a normal course of business."

"Captains and Lieutenants interviewed indicated idea that prisoners [as often done herein] will be subjected to sexual abuse [beatings, extortions, robberies] as a way to pay debts accrued to other prisoner's "for drug's, favor's or other forms of contrabands inside ADOC."

"Prison staffers report substantial risks, since 2017 - being punched, kicked, [some herein stabbed - tortured by throwing fluids on them] had their heads slammed, on... saying as walking out the front gates - I'm still alive another day," told officials of Justice Dep't.

Page 4 b-

## 8TH Amendment Violations Continued:

"Staffing shortages, this year-alone, prison officials say- cite Is at a Crises, we need to hire 2,000 more guards and 125 supervisors to Adequate staff our state's prisons for men." Ibid

"Alabama officials Allowed drugs to flourish, the FBI Report says- Staff members smuggled contraband Inside, one employee reportedly earned $75,000 ferrying drugs and other contraband - his accomplice made $100,000.00, the Report says that Its an Epidemic."

"The Report says, Resembled 'triage in a war-zone,' as synthetic marijuana, known as K-2 Results In at Least dozen(s) of overdoses-deaths at several Alabama prisons." As has also herein, since Residing at Fountain to date. Compare U.S.A. Today, article Feds Find Hell In Alabama Prisons, printed by Kevin Johnson, Kristine Phillips, dated Thursday, April 4th 2019, supra.

§2). Petitioner Adopts the above-findings of facts, Issued by Federal Investigative Reports, and the yet unreviewed 57 page Report given to Governor Kay Ivey, under 42 USC 3 1997(a) Structures, as Evidence of the Cry for Immediate Cure Remedy, Release - as Relief to the suffering Eighth Amendment violations at bar. SEE Plata, Dunn, Braggs, CRIPA structures.

## 8th Amendment Violations Continued:

§3) Petitioner invokes Title 28 USC §1746 as to the above-adopted-same facts under Oath, to the present, previously submitted-filed, Pro Per Motion For Arbitration, before this Honorable Court, that Class counsel Southern Poverty Law Center, stated be filed by Petitioner— yet Argued, before this Court due to Injuries sustained-suffered by Petition-despite ADA strictures, Consent decrees.

§4) Petitioner requests liberal construction of this instant Emergency motion, to be adopted in toto, encorporating as same thereof, to the arbitration complaint filed by your Petitioner within the past 8-18 months.

§5) Petitioner humbly requests teleconference be scheduled at this Court's earliest docket, permitting Petitioner and or others readily-willing to also give evidence, testify to the above under the theory of danger creation doctrine, before anymore Lives are had inclusive to, but not limited to your Petitioner being of the age 60 years/older. Living so — Inside Hell. See Plata, Dunn, Braggs, ADA et seq, 42 USC §1997(d) due to retaliations also suffered for filing-submitting ADA grievances, to date, by Senior ADOC officials over ADA???

Page 6 of ___

8th Amendment Violation
Continued:

§ 6) Petitioner prays that this Honorable Court would so opine in the interests-of-justice, to cure the current 8th Amendment violations- petitioner suffers at present, "it take judicial notice," of the 57 page Report, and Order defendants at Large Show Cause why this Intervenor should not now otherwise be given granted Release Relief - Consisted with the minimal measures of said "cruel-and-unusual punishment," he suffers daily inside ADOC prisons.

## Conclusion

Wherefore Premises Shown, Petitioner prays that this Honorable Court would act by fast tracking this Newest supplemental amended motion to the previously Submitted Motion For Arbitration, and have defendant Show Cause why Contempt Should not be Issued, and Immediate Release Relief in the form of this Court's Interpretation of said Justice Report to Alabama's Governor to cure remedy said 8th Amendment prohibitions - forthwith, furthermore.

Done so this 10th day of April, 2019

Respectfully Submitted,

CC: file
State of Alabama

Patrick G. Charest
182262  Page 7 ß

8th Amendment Violations
Continued:

## Certificate of Service

I hereby certify that I have sent, served the defendants as address beneath, first placing said same copy in U.S. legal mail, as follows: 1) ADOC defendants, c/o 301 South Ripley Street, Montgomery, Ala. 36130; 2) Balch & Bingham, LLP, c/o Honorable David R. Boyd & Hon. John G. Smith at Post Office Box 78, Montgomery, Alabama 36101, first class postage, delivered into ADOC legal mail service.

Done so this 10th day of April, 2019 [2]

28 USC § 1746 et. seq.
I declare under Oath, Penalty of Perjury, the foregoing are true, correct to the best of my 1st hand knowledge, so help me Jehovah God.

Respectfully Submitted

Patrick Joseph Chines
Pro Per #192262 H
G.K. Fountain Corr.
Fountain 3800
Atmore, Ala 36503

1-2: See Haines v. Kerner, 404 U.S. 519 (1972)(Liberally constructed, when acting in pro per; and Houston v. Lack, ___ U.S. ___ ("deemed filed" when delivered into prison authorities for delivery to courts, time sensitive pleadings)

Page 8 of 8

Patrick 192262 H-4A
Within Core Inc.
3800
Alabama 36503

V-601-MHT
Dunn v Dunn
Dunn v Dunn

=CAL=
Arbitration Hearings 36104-401802

MOBILE AL
09 APR 2019 PM 2 L

United States District Court
ATTENTION: Hon. John P. Snickett
U.S. Courthouse Complex
1 Church Street, STE B110
Montgomery Alabama 36104