IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: PATRICK JOSEPH CHAREST ) | |
| REQUEST FOR ARBITRATION ) | Miscellaneous Action No.: |
| IN THE *BRAGGS* LITIGATION ) | 2:19-mc-03852-MHT-WC |

## MOTION TO WITHDRAW

Comes now the undersigned, Roger C. Appell, and moves this Honorable Court to allow him to withdraw as the attorney of record for Patrick Joseph Charest. As grounds shows as follows:

1. The undersigned represented Patrick Joseph Charest only on a limited basis, wherein he was asked by Patrick Charest to electronically file Mr. Charest's pro se pleadings. The undersigned had no intent to represent Mr. Charest any further than filing his pro se documents.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that this Honorable Court issues an order granting his motion to withdraw.

Respectfully submitted,

/s/ Roger C. Appell_____
Roger C. Appell
301-19th Street North
Birmingham, AL 35203
(205) 252-9462

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to all parties electronically through the court system and mailed to Patrick Charest, #182262, c/o Fountain Correctional Facility, Fountain 3800, Atmore, Alabama 36503 on this the 23rd day of July, 2019.

/s/ Roger C. Appell_____
Roger C. Appell