In The District Court of
The United States Middle District
Court, Northern Div. Alabama

STAMP-docket

RECEIVED

IN RE: Patrick Joseph Charest, Petitioner -2 P 12:49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dunn & Braggs et. al.,
plaintiff's

Vs

2:19- MC-03852

Jefferson Dunn, ADOC et.al
Defendants

[ RE:204-CV-601-mHT
New under Arbitration]

Request For Status Update
And Adjudication of Discovery
Motion - Pending

Comes new Patrick J. Charest ("Charest"), moves this Hon.
Court to grant above-styled motion, as follows:

§1) ADOC-defendants at large, have in fact, in accord
with "consent decree" filed- submitted "Evidence, documents"
which shall predicate NON-compliance, deliberate -indiff-
erence(s) and outright Intentional discrimination, new
In the hands of ADAP- plaintiff's Class-counsel.

§2) Charest needs access to receipt of such, as filed-
Awaiting "adjudication" dated June 6th 2019 (Doc#
4) pending before This Court - ripe for "grant."

Page 1 of 3

§3) No-prejudice shall ensue any person, party in action, by granting Charest in toto, these "documents," before this Court hears said arbitration.

§4) No objection(s) have to date-arisen from, either ADOC-defendant's, nor ADAP-for class-plaintiff's to deny Charest's "Discovery-Requests" (Doc # 4).

## Conclusion

Wherefore Premises Shown, Charest prays that this Honorable Court would grant a status update on the pending arbitration(s) before the Court; and grant Charest's pending discovery — since there is no-objections, thus the only facts in evidence are Charest's, see Doc #4, inter alia.

Done so this August 1st, 2019

Respectfully Submitted

Patrick Joseph Charest
Pro Per # 182262
C. K. Fountain Corr Fac.
Fountain 3800
Atmore, Ala 36303

Certificate of Service

I hereby certify that I have-sent, served a true correct copy of Status update, request for ruling on Discovery-motion, upon all parties, using ADOC legal mail-services, 1st class-postage prepaid, addressed as follows:

1) Ann Hill, ADOC @ 301 S. Ripley St. Montgomery, Alabama 36130; 2) Balch- Bingham, Attention Hon Boyd Smith, @ P. O. Box #78, Montgomery, Ala. 36101; 3) ADAP, Attention Hon M. Rustin, @ P. O. Box #870395, Montgomery Ala. 35487; 4) Southern Poverty Law Ctr., 400 Washington Avenue, Montgomery, Alabama 36104

Done so this August 1st 2019.

Respectfully Submitted

192262

Attorall J. Christ
Pro Reg # 192262

CC: file

CHAREST, Patrick 182262 H-4/A
G. K. Fountan Corr Fac.
Fountain 3800
Atmore, Alabama 36503

LEgal

2:19-mc-03852
"JEO" MaiL

MOBILE AL 366

31 JUL 2019 PM 2 L

U. S. Dist of Alabama
Office of Clerks
ONE Church St, Suite B-110

Montgomery, Alabama 36104 4018

36104-401800



FAST - TRACK

This Correspondence is forwarded from an Alabama State Prison  The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

"please"