IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: PATRICK JOSEPH CHAREST ) ) ) REQUEST FOR ARBITRATION IN ) THE *BRAGGS* LITIGATION ) | MISC. ACTION NO. 2:19mc3852-MHT (WO) |

ORDER

Upon consideration of plaintiff Patrick Joseph Charest's objections to the magistrate judge's orders of August 10, 2021, and his motion to alter, vacate or amend (Doc. 35), it is ORDERED that, to the extent plaintiff Charest is asking the district judge in these proceedings to review the orders of the magistrate judge, his objections and motion are dismissed. The district judge has no authority to review the decisions of the magistrate judge in this matter. *See* Consent Decree Concerning Claims Arising Under the ADA, *Braggs v. Dunn*, Case No. 2:14-cv-601-MHT (Doc. 728) at 71 ("If the issue is one that impacts fewer than twelve (12) inmates, resolution through the arbitration process

shall be the final resolution under this Amended Agreement."); *see also* Phase 1 Final Settlement Approval Opinion and Order, *Braggs v. Dunn*, Case No. 2:14-cv-601-MHT (Doc. 727) at 84 ("[T]he decision of the arbitrator is binding (that is, not subject to appeal) ... if the issue affects fewer than twelve (12) inmates.") (quoting Parties' Joint Stip. (Doc. 638) at 1).  To the extent plaintiff Charest is asking the magistrate judge to reconsider her orders, that is a matter for the magistrate judge to decide.

DONE, this the 23rd day of September, 2021.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE