IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: PATRICK JOSEPH CHAREST )<br>) <br>) <br>REQUEST FOR ARBITRATION IN )<br>THE *BRAGGS* LITIGATION )<br>)<br>BEFORE MAGISTRATE JUDGE )<br>DOYLE ) | MISC. ACTION NO.<br>2:19mc3852-MHT<br>(WO) |

ORDER

It is ORDERED that the order entered on September 22, 2021 (Doc. 36) is vacated.

DONE, this the 24th day of September, 2021.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE